# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**　　　　　　　　**CASE NO.:  8:21-cr-00218-CEH-AAS-3**

**v.**

**LEVI SHARP,**

    **Defendant.**

_____/

## DEFENDANT'S MOTION FOR PRETRIAL RELEASE

The Defendant, Levi Sharp ("Mr. Sharp"), by and through counsel, hereby moves that the Court enter an Order allowing him to be released from custody on Pre-Trial Release and in support thereof, states:

### Procedural Background

1. Mr. Sharp was indicted on July 1, 2021.  Doc. 1.

2. Mr. Sharp was arrested on July 15, 2021.  During his First Appearance Hearing Mr. Sharp did not contest detention but reserved the right to later move for Pre-Trial Release in the Tampa Division.  Doc. 35.

3.  Mr. Sharp asserts that the following conditions of release would be adequate to secure his appearance before the Court:

   a. Surrender U.S. Passport, if applicable; [1]

   b. Remain gainfully employed with his present employer, 3C's Construction;

   c. House arrest except for employment purposes;

   d. GPS monitoring;

   e. Forfeiture Agreement signed by Edna Jardine (Ms. Sharp's mother) relating to the real property located at 105 Hudson Dr., Satsuma, FL, 32189, and a Forfeiture Agreement signed by Dianne Williamson (Mr. Sharp's mother) relating to the real property located at 140 Islander Rd., Satsuma, FL 32189. Both properties are owned free and clear by the signatories;

   f. Third-Party Custodian Agreement signed by the Defendant's wife, Brittany Sharp;

   g. Prohibition of firearms in residence regardless of ownership;

   h. No contact, direct or indirect, with any co-defendants named in the Indictment in this case, 8:21-Cr-218-T-36AAS;

   i. No involvement with any member or associate of "The Unforgiven."

---

[1] Mr. Sharp does not have a passport.

**Government's Position**

The undersigned has conferred with Assistant United States Attorney, Natalie Adams, who has advised that the United States objects to this Motion and any conditions of pretrial release.

WHEREFORE, the Defendant prays that the Court will order Mr. Sharp's Pre-Trial Release on the aforesaid conditions.

Dated: September 2, 2021	Respectfully Submitted,

**SHRADER LAW, PLLC**
612 W. Bay St.
Tampa, Florida 33605
Phone: (813) 360-1529
Fax: (813) 336-0832


/s/Brian Shrader_____
**BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
e-mail: bshrader@shraderlawfirm.com
Attorney for Mr. Sharp

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 2, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/Brian Shrader_____
Attorney