UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.                                         **Case No: 8:21-cr-218-CEH-AAS**

**LEVI SHARP**
_____/

**ORDER OF DETENTION PENDING TRIAL**

Defendant Levi Sharp requests pretrial release (Doc. 193). At his initial appearance in the Jacksonville Division, on July 20, 2021, the court detained Mr. Sharp after he reserved his right to contest the government's request for detention. (Doc. 83). On September 13, 2021, the court held a hearing on Mr. Sharp's motion for release. (Doc. 220). At that hearing, the government stood by its prior request for detention on the ground that there is a serious risk Mr. Sharp will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness (18 U.S.C. § 3142(f)(2)(B)). The government argued that there are no conditions or combination of conditions that will reasonably assure Mr. Sharp's presence in court and assure the safety of the community.

Based on what was presented and argued at the detention hearing, detention is warranted. As an initial matter, there is probable cause to believe

1

Mr. Sharp has committed the offenses charged in the Indictment as the return of the Indictment alone is sufficient to establish probable cause. Counts Two and Three of the Indictment charge Mr. Sharp with assault in aid of racketeering activity (Count Two) and kidnapping in aid of racketeering activity (Count Three), in violation of 18 U.S.C. §§ 1959(a)(3) and (a)(1) and (2), respectively.

Although the government did not meet its burden as to flight risk, the government did meet its burden as to danger to the community. I find that the credible testimony and information proffered by the government at the hearing establishes, by clear and convincing evidence, that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community, in that: (1) the weight of the evidence against Mr. Sharp is strong and includes video evidence; (2) he is a member of the Unforgiven and has a leadership role in the organization; (3) Mr. Sharp, who is only 38, has a lengthy criminal history (30 arrests for 46 separate offenses), including crimes of violence and domestic violence (as recently as 2019); (4) the alleged, violent attack took place at his home; and (5) there are several witnesses and victims in this case that are afraid for their safety should Mr. Sharp be released. Mr. Sharp's offer of a co-signed property bond and electronic monitoring is

insufficient to assure the safety of the community.

It is therefore,

**ORDERED:**

(1) Mr. Sharp's Motion for Pretrial Release (Doc. 193) is **DENIED**; and

(2) Mr. Sharp shall continue to be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Mr. Sharp shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED at Tampa, Florida this  16th  day of September, 2021.

AMANDA ARNOLD SANSONE
United States Magistrate Judge